UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHANDLER C. MATHEWS, GREENS FORK ALIGNMENT & SERVICE INC., TRICIA CRAWFORD, GVW GROUP LLC., AUTOCAR INDUSTRIES LLC., STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WEST BEND MUTUAL INSURANCE COMPANY, and LEXINGTON INSURANCE COMPANY, )<br>)<br>Defendants. ) | CASE NO. 1:18-CV-3911-JMS-TAB |

**ORDER DISMISSING LEXINGTON INSURANCE COMPANY**

Plaintiff, Travelers Property Casualty Company of America, by counsel, and Defendants, Chandler C. Mathews, Greens Fork Alignment & Service Inc., Tricia Crawford, GVW Group LLC, Autocar Industries LLC, State Farm Mutual Automobile Insurance Company, West Bend Mutual Insurance Company, and Lexington Insurance Company, by counsel, having jointly petitioned this Court for the dismissal of Lexington Insurance Company, and this Court being duly advised in the premises, now finds that said Motion [91] should be granted.

IT IS THEREFORE ORDERED that all claims as to Lexington Insurance Company Commercial General Liability and Pollution Legal Liability policy number EG 15856218 issued to GVW Group LLC be, and are hereby dismissed, with prejudice.

IT IS FURTHER ORDERED that Lexington Insurance Company be, and is hereby, dismissed from this lawsuit without prejudice.

Date: 11/20/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to:

All ECF-registered counsel