UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | : : : |
| Plaintiff / Counterclaim Defendant | : : |
| vs. | : CASE NO. 1:18-CV-3911-JMS-TAB : |
| WEST BEND MUTUAL INSURANCE COMPANY | : : : : : |
| Defendant / Counterclaimant | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come the Plaintiff / Counterclaim Defendant, Travelers Property Casualty Company of America, and the Defendant / Counterclaimant, West Bend Mutual Insurance Company, by counsel, and having agreed, IT IS HEREBY ORDERED that all claims asserted by and against any party are hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

SO ORDERED this _____ day of August 2020.


HAVE SEEN AND AGREED TO:

| | |
|---|---|
| **/s/ Stephen C. Keller, Esq.** | **/s/ Stephen Wheeler, Esq.** *(with permission)* |
| Stephen C. Keller, Esq. | Stephen Wheeler, Esq. |
| *Counsel for Travelers Property Casualty Company of America* | *Counsel for West Bend Mutual Ins. Co.* |

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system